UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLIBJON CHORSHANBAEV, <br><br> Plaintiff, <br> – against – <br><br> MATTHEW ALLEN EDMONDS and <br> BAIRD BROTHERS SAWMILL, INC., <br><br> Defendants. | ORDER ADOPTING REPORT & RECOMMENDATION <br><br> 16-CV-1299 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 0 6 2016 ★
BROOKLYN OFFICE

JACK B. WEINSTEIN, Senior United States District Judge:

The magistrate judge's report and recommendation is adopted in full. *See* Report & Recommendation, May 12, 2016, ECF No. 8.

In plaintiff's objection, he merely restates the same argument he made to the magistrate judge. *See* Letter from Gregory A. Nahas, dated Apr. 22, 2016, ECF No. 7; Letter from Gregory A. Nahas, dated May 31, 2016, ECF No. 9. In neither letter does plaintiff offer any authority for his assertion that venue is proper in this district on the basis of his residence or that he purportedly received medical treatment here. *See* 28 U.S.C. § 1391(b); *Blauschild v. Tudor*, 31 F. Supp. 3d 527, 533 (E.D.N.Y. 2014) ("[I]t appears that Plaintiff's sole basis for filing suit in New York is his residency, which is not enough to support venue here."); *Caba v. Frankel*, No. 06-CV-4754, 2007 WL 1017649, at *2 n.3 (E.D.N.Y. Mar. 30, 2007) (neither plaintiff's residence nor the location of plaintiff's medical treatment is a basis for venue). Plaintiff's objection is overruled.

The case is dismissed without prejudice for improper venue.

1



SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: June 6, 2016
      Brooklyn, New York